[Reset Form]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Stark<br><br>  Plaintiff(s),<br><br>v.<br><br>Trueaccord Corp. and LVNV Funding, LLC<br><br>  Defendant(s). | Case No: 4:20-cv-02898-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Nicole M. Strickler, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: TrueAccord Corp & LVNV Funding, LLC in the above-entitled action. My local co-counsel in this case is June D. Coleman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 225 W. Washingtion - Suite 575<br>Chicago, IL 60606 | 5960 S. Land Park Dr. - Suite 1059<br>Sacramento, CA 95822 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 334-3469 | (916) 502-1768 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nstrickler@messerstrickler.com | jcoleman@messerstrickler.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6298459.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/13/21

                                           Nicole M. Strickler
                                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicole M. Strickler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/19/2021

                                           *Haywood S. Gilliam Jr.*
                                           UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/13/2021

Re: Nicole Marie Strickler
Attorney No. 6298459

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Nicole Marie Strickler was admitted to practice law in Illinois on 5/7/2009; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____

Andrew Oliva
Registrar

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Nicole Marie Strickler*

was admitted to the practice of law in the courts of the State of Michigan on

*July 10, 2019*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: March 16, 2021

_____
Clerk

